

|USDC SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #:_____|
|DATE FILED: 8/6/2025|

**MEMORANDUM ENDORSED**

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ.

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

July 30, 2025

*Via ECF*
Hon. Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York NY 10007

Re: *USA v. Brito Germosen et al.*, (Julian Brito-Sanchez)
Case No. S1-25-cr-330-(GHW)

Dear Judge Woods:

    I represent Julian Brito-Sanchez in the above referenced matter pursuant to the Criminal Justice Act ("CJA"). Due to a scheduling conflict, I am respectfully requesting that my associate Hannah Eaves, who is also an associate on the matter, be permitted to stand in for me for purposes of Mr. Brito-Sanchez's arraignment scheduled for August 6, 2025 at 11 AM before Your Honor. I have a previously scheduled plea hearing for the same date and time in the District of New Jersey before the Hon. Jamal K. Semper. Ms. Eaves has served as an associate on many of my CJA cases and appeared on my behalf numerous times in the past.

    Your Honor's time and consideration to this request is greatly appreciated.

Respectfully Submitted,

*/s/ Lorraine Gauli-Rufo*

                                      Lorraine Gauli-Rufo, Esq.
                                      *Attorney for Julian Brito-Sanchez*

cc: Ryan Nees, AUSA

Application granted.  Ms. Eaves may stand in for Ms. Gauli-Rufo at the arraignment and initial appearance on August 6, 2025, given the defendant's consent.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.
SO ORDERED.

Dated: August 6, 2025
New York, New York

                              _____
                              GREGORY H. WOODS
                             United States District Judge