

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

# MEMORANDUM ENDORSED

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

Please Reply to Cedar Grove Office

*Via ECF*
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application denied without prejudice. Counsel is directed to work with Mr. Alan Nelson, Case Budgeting Attorney for the Second Circuit to develop a case budget for this case to inform the Court's review of any interim vouchers.
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.
> SO ORDERED.
> Dated: September 15, 2025
> New York, New York
>
> GREGORY H. WOODS
> United States District Judge

Re:   *United States v. Julian Brito Sanchez*
      Case No. 25-CR-330 (GHW)
      Interim Payments Request

Dear Judge Woods:

    I was appointed to represent Julian Brito Sanchez in the above referenced matter, pursuant to the Criminal Justice Act (CJA). I am writing to respectfully request that the Court permit my defense team and me to submit interim vouchers in this matter. Granting this request would significantly assist in the management of our practice and help us avoid the economic hardship of waiting for this matter to conclude and being cognizant of the fact that CJA payments are currently being held in advance until October.

    We've had this matter open for a year and a half and we anticipate that this case will continue for a considerable amount of time due this being a multi defendant matter. Therefore, I respectfully request that Your Honor grants permission to submit interim vouchers for my defense team and me.

Your Honor's time and consideration of this request is greatly appreciated

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
*Attorney for Julian Brito Sanchez*

2