LGR LAW, LLC
FEDERAL CRIMINAL DEFENSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**MEMORANDUM ENDORSED**

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

September 10, 2026

*Via ECF*
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *United States v. BRITO GERMOSEN et al. (Julian Brito Sanchez)*
25-CR-330 (GHW)

Dear Judge Woods:

I represent Julian Brito Sanchez in the above-referenced matter. There is a status conference scheduled before Your Honor on September 15, 2026. I will be on vacation next week and I am respectfully requesting that César de Castro, Esq. stand in for me during this status conference, which he has graciously agreed to do. I have discussed this with my client and he has no objection to Mr. de Castro standing in for me.

Thank you for Your Honor's time and consideration of this matter.

Respectfully Submitted,

Lorraine Gauli-Rufo, Esq.
*Attorney for Julian Brito Sanchez*

Application granted. Mr. de Castro may stand in for Ms. Gauli-Rufo at the conference on September 15, 2026.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 137.
SO ORDERED.

Dated: September 11, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

cc: All Council Of Record